# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEREMY ROWLAND**                                                                       **PLAINTIFF**

V.                      No. 4:21-CV-00660-ERE

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security**                                        **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the order entered today, judgment is entered for the Commissioner and this case is closed.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE